UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO ALEXIS and | : | CIVIL ACTION NO.: |
| DOUGENIE ALEXIS | : | 3:17-cv-01622-MPS |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PMM ENTERPRISES LLC d/b/a EMPIRE | : | |
| AUTO GROUP LLC and SENSIBLE AUTO | : | |
| LENDING, LLC | : | DECEMBER 1, 2017 |
|    Defendants | : | |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, Mario Alexis and Dougenie Alexis, through their attorney, hereby give notice that the plaintiffs' claims shall be dismissed with prejudice, and without costs or attorney's fees as to SENSIBLE AUTO LENDING ONLY.

                                          PLAINTIFFS, MARIO ALEXIS and DOUGENIE ALEXIS,

                                          By: /s/ *Daniel S. Blinn*
                                              Daniel S. Blinn (ct02188)
                                              Consumer Law Group, LLC
                                              35 Cold Spring Road, Suite 512
                                              Rocky Hill, Connecticut 06067
                                              Tel (860) 571-0408
                                              Fax (860) 571-7457
                                              dblinn@consumerlawgroup.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of December, 2017, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ *Daniel S. Blinn*
      Daniel S. Blinn