# EXHIBIT A

CT-103-ARB 10/31/2010

# RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| EMPIRE AUTO GROUP<br>713 JOHN FITCH BLVD<br>SOUTH WINDSOR, CT 06074 | MARIO ALEXIS/ DOUGENIE ALEXIS<br>169 VAUXHALL ST 2FL<br>NEW LONDON, CT 06320 | No. | 242832 |
| | | Date | 10/08/2016 |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 2000.00 |
|---|---|---|---|---|
| 19.00 % | $ 7675.23 | $ 17688.29 | $ 25363.52 | $ 27363.52 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 208 | $ 121.94 | WEEKLY BEGINNING 10/21/2016 |
| | $ | |
| | $ | |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of the lesser of 5% of the unpaid amount of the payment due or $10.00.

**Prepayment.** If you pay off this Contract early, you will not have to pay a penalty.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2013 | LINCOLN | MKZ | | 3LN6L2G94DR810685 | 40232 |

☐ New
☒ Used
☐ Demo

Other:

## Description of Trade-In

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 17688.29 plus finance charges accruing on the unpaid balance at the rate of 19.00 % per year from the date of this Contract until maturity. Finance charges accrue on a 365 day basis. After maturity, or after you default and we demand payment, we will charge finance charges on the unpaid balance at 19.00 % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

[This area intentionally left blank.]

### Itemization of Amount Financed

| | | |
|---|---|---|
| a. Price of Vehicle, etc. (incl. sales tax of $ 1149.29 ) | $ | 19149.29 |
| b. Service Contract, paid to: N/A | $ | 0.00 |
| c. Cash Price (a+b) | $ | 19149.29 |
| d. Trade-in allowance | $ | 0.00 |
| e. Less: Amount owing, paid to (includes m): N/A | $ | 0.00 |
| f. Net trade-in (d-e; if negative, enter $0 here and enter the amount on line m) | $ | 0.00 |
| g. Cash payment | $ | 2000.00 |
| h. Manufacturer's rebate | $ | 0.00 |
| i. Deferred down payment | $ | 0.00 |
| j. Other down payment (describe) N/A | $ | 0.00 |
| k. Down Payment (f+g+h+i+j) | $ | 2000.00 |
| l. Unpaid balance of Cash Price (c-k) | $ | 17149.29 |
| m. Financed trade-in balance (see line f) | $ | 0.00 |
| n. Paid to public officials, including filing fees | $ | 140.00 |
| o. Insurance premiums paid to insurance company(ies) | $ | 0.00 |
| p. PAID TO DEALER FOR DOC FEE | $ | 99.00 |
| q. PAID TO ASSIGNEE FOR GAP | $ | 0.00 |
| r. PAID TO LEE & MASON FOR VSI | $ | 300.00 |
| s. N/A | $ | 0.00 |
| t. N/A | $ | 0.00 |
| u. N/A | $ | 0.00 |
| v. N/A | $ | 0.00 |
| w. Total Other Charges/Amts Paid (m thru v) | $ | 539.00 |
| x. Amount Financed (l+w) | $ | 17688.29 |

We may retain or receive a portion of any amounts paid to others.

### Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

**Credit Life**
☐ Single   ☐ Joint   ☒ None
Premium $ N/A              Term N/A
Insured N/A

**Credit Disability**
☐ Single   ☐ Joint   ☒ None
Premium $ N/A              Term N/A
Insured N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

By: MARIO ALEXIS                   05/26/1968
                                         DOB

---

By: DOUGENIE ALEXIS                10/16/1969
                                         DOB

By: _____        _____
                                         DOB

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ N/A. If you get insurance from or through us you will pay $ N/A for N/A of coverage.

This premium is calculated as follows:

☐ $ N/A    Deductible, Collision Cov. $ N/A
☐ $ N/A    Deductible, Comprehensive $ N/A
☐ Fire-Theft and Combined Additional Cov. $ N/A
☐ N/A                                    $ N/A

Insurance coverage for personal liability and property damage caused to others is not included in this Contract unless checked and indicated.

☒ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ 300.00 for 48 MONTHS of coverage. Single-Interest Insurance is solely for our interest, and no protection exists under it for your benefit.

### Rejection of Arbitration

Checking the following box will not affect the terms under which we will finance and sell the Property or any of the terms of this Contract, except that the arbitration provision will not be a part of this Contract:

☐ You reject the arbitration provision of this Contract.

*[This area intentionally left blank.]*

---

Retail Installment Contract-CT Not for use in transactions secured by a dwelling.
Bankers Systems™
Wolters Kluwer Financial Services © 1995, 2010

RSSIMVLFAZCT 10/31/2010
Page 2 of 6

You will also be obligated to pay the late charges and other applicable costs and expenses set forth in this Contract. In addition, finance charge at the applicable rate disclosed in the *Payment* section of this Contract will begin to accrue on the date of this Contract. Finance charge will continue to accrue on the unpaid amount financed until this Contract is paid in full. The accrual period includes any period during which a payment is late and any period after the final scheduled payment date and before payment in full.

If you are in default on this Contract, we have all of the remedies provided by law and this Contract, subject to any right to cure that you may have, either prior to or following repossession. Those remedies include:

- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the rate described in the *Payment* section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- We may take possession of the Property by legal process or self-help, as described above.
- Following the expiration of your right, if any, to cure the default, we may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
- Except when prohibited by law, we may sue you for the difference between the amounts you owe us and the greater of the net proceeds of the sale and the fair market value of the Property.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:
- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:
- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

## Arbitration Provision

**Arbitration Provision.** PLEASE READ CAREFULLY! By agreeing to this arbitration provision you are giving up your right to go to court for claims and disputes arising from this Contract:
- EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION, AND NOT BY A COURT OR BY JURY TRIAL.
- YOU GIVE UP ANY RIGHT THAT YOU MAY HAVE TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER IN ANY CLASS ACTION OR CLASS ARBITRATION AGAINST US IF A DISPUTE IS ARBITRATED.
- IN ARBITRATION, DISCOVERY AND RIGHTS TO APPEAL ARE GENERALLY MORE LIMITED THAN IN A JUDICIAL PROCEEDING, AND OTHER RIGHTS THAT YOU WOULD HAVE IN COURT MAY NOT BE AVAILABLE.

## Third Party Agreement

In this section only, *"you"* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

You acknowledge receipt of a completed copy of this Contract.

By: _____   Date: _____

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

**Arbitration.** This Contract contains an Arbitration Provision that <u>affects your rights</u>.

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

By: [signature]  MARIO ALEXIS          Date: 10/8/16

By: [signature]  DOUGENIE ALEXIS       Date: 10/8/16

By: _____   Date: _____

*[This area intentionally left blank.]*

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. **You have been informed in the *Remedies* section of this Contract of the consequences of failing to make the first or future deferred installment payments when due.**

**NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of the contract when you sign it. 3. Under the law, you have the following rights, among others: (a) To pay off in advance the full amount due and obtain a partial refund of any unearned finance charge; (b) to redeem the property if repossessed for a default; (c) to require, under certain conditions, a resale of the property if repossessed.**

Buyer

By: [signature]  MARIO ALEXIS         Date: 10/8/16

By: [signature]  DOUGENIE ALEXIS     Date: 10/8/16

By: _____   Date: _____

Seller

By: [signature]  EMPIRE AUTO GROUP   Date: 10/8/16

**Assignment.** This Contract and Security Agreement is assigned to

SENSIBLE AUTO LENDING

the Assignee, phone 860-395-6684 . This assignment is made under the terms of a separate agreement made between the Seller and Assignee. ☐ This Assignment is made with recourse.

Seller

By: [signature]  EMPIRE AUTO GROUP   Date: 10/8/16